UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jeffrey Szostek,

    Plaintiff,

v.                                                      Case No. 14-11531

Commissioner of Social Security,         Sean F. Cox
                                                    United States District Court Judge

    Defendant.
_____/

**ORDER ADOPTING
11/22/17 REPORT AND RECOMMENDATION**

This matter is before the Court on a "Report and Recommendation To Grant Petitioner's Application for Section 406(b) Attorney Fees," issued by Magistrate Judge Elizabeth Stafford on November 22, 2017. Magistrate Judge Stafford notes that the "Commissioner does not object to an award in the amount Miller Cohen requests," and recommends "that Miller Cohen's motion be GRANTED, notwithstanding its failure to apply for attorney fees pursuant to the Equal Access to Justice Act (EAJA)." (D.E. No. 22 at Pg ID 987).

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R. The Court hereby ADOPTS the November 22, 2017,

1

R&R and ORDERS that Miller Cohen's motion for 42 U.S.C. § 406(b) attorney fees is

GRANTED and that it is hereby AWARDED $4,987.50.

    IT IS SO ORDERED.

                                              s/Sean F. Cox
                                              Sean F. Cox
                                              United States District Judge

Dated: January 12, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 12, 2018, by electronic and/or ordinary mail.

                                              s/Jennifer McCoy
                                              Case Manager